ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
DAVID A. LOMBARDERO, CSB 71715
Special Assistant United States Attorney
Asset Forfeiture Section
  Federal Courthouse, 14th Floor
  312 North Spring Street
  Los Angeles, California 90012
  Telephone: (213) 894-7418
  Facsimile: (213) 894-7177
  E-mail: David.Lombardero@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>$603,573.94 IN U.S. CURRENCY seized from account *****6145 at Bank of America,<br><br>                Defendant. | No. CV11-09721 SJO(VBKx)<br><br>**VERIFIED COMPLAINT FOR FORFEITURE**<br><br>[31 U.S.C. § 5317(c)(2); 18 U.S.C. § 984]<br><br>[HIFCA] |

    For its complaint *in rem* against Defendant $603,573.94 in U.S. Currency, Plaintiff United States of America alleges:

VERIFIED COMPLAINT FOR FORFEITURE – SAN PEDRO AUTO SALES.         page 1

## JURISDICTION AND VENUE

1. This is a civil forfeiture action brought pursuant to 31 U.S.C. § 5317(c)(2) and 18 U.S.C. § 984.

2. This court has jurisdiction under 28 U.S.C. §§ 1345 and 1355.

3. Venue lies in this district pursuant to 28 U.S.C. § 1395(b).

## PARTIES; INTERESTED PERSONS AND ENTITIES

4. Plaintiff is the United States of America.

5. Defendant is $603,573.94 in U.S. Currency (the "BofA Funds") seized on or about June 29, 2011, at the branch of Bank of America located at 850 N. Broadway, Los Angeles, CA, from account number *****6145 (the "San Pedro Account"). As alleged in ¶ 12 below, the seizure was effected pursuant to a warrant issued in this District.

6. Other persons who may be adversely affected by the seizure of the BofA Funds and by this action include: (a) San Pedro Auto Sales, Inc. ("San Pedro"), the accountholder, which is believed to be a California corporation; and (b) Carlos Hernandez Soto ("Soto"), an individual who is believed to be the owner of San Pedro.

7. The BofA Funds are in the custody of the Internal Revenue Service, where they will remain throughout the pendency of this action.

## BACKGROUND

8. The Bank Secrecy Act, 31 U.S.C. § 5313, and the regulations promulgated under Title 31 of the U.S. Code[1] require financial institutions to file a Currency Transaction Report ("CTR") with the Financial Crimes Enforcement Network (FinCEN) of the U.S. Department of the Treasury whenever one or more

---

[1] At the time of the events described herein, these regulations were codified at 31 C.F.R. Part 103, but have since been recodified at 31 C.F.R. Part X.

1  cash deposits totaling more than $10,000 are made to an account within a period of 24 hours.

2  9. The CTR requirement helps reduce tax evasion and facilitates the identification of cash-intensive criminal operations, such as drug dealing or selling counterfeit merchandise. Criminals who are aware of the CTR reporting threshold often seek to avoid the filing of CTRs precisely because they do not want law enforcement officers to be alerted to their activities. Frequently, rather than deposit over $10,000 in cash at one time, they make multiple cash deposits in amounts of $10,000 or less, sometimes at different banks or into different accounts, in order to avoid the filing of a CTR. This practice, which is unlawful, is referred to as "structuring"

## FACTUAL BASIS FOR THE RELIEF REQUESTED

10. Some 100 cash deposits totalling $895,427.00 were made to the San Pedro Account from July 1, 2010 through June 15, 2011 (the "subject period"). Some 85 of these deposits were in round numbers between $9,000 and $9,850. On three occasions during the subject period, multiple deposits totalling over $10,000 were made on the same day at the same bank branch. No deposit was over $10,000 during the subject period. Attachment A hereto lists the deposits to the San Pedro Account during the subject period.

11. San Pedro and Soto had actual knowledge of the CTR filing requirement, including the $10,000 reporting threshold.

12. On June 29, 2011, pursuant to an affidavit sworn to by an LAPD Detective who is cross-sworn as a criminal investigator from the I.R.S., U.S. Magistrate Judge Stephen J. Hillman issued a warrant for the seizure of up to $895,427.00 from the San Pedro Account. On or about June 29, 2011, federal agents served the warrant and seized the balance of the San Pedro Account as of the time of seizure, *i.e.*, $603,573.94.

13. The cash deposits into the San Pedro Account were structured in an effort to avoid the filing of CTRs. The BofA Funds were involved in and/or are proceeds of or traceable to violations of 31 U.S.C. §§ 5313(a) and 5324(a)(3) (structuring transactions to avoid currency reporting requirements).

14. The BofA Funds are subject to forfeiture pursuant to 31 U.S.C. § 5317(c)(2). Furthermore, to the extent that any portion of the BofA Funds are not directly traceable to the offenses alleged herein, they are fungible property found in the same account involved in the offenses alleged, and so are subject to forfeiture pursuant to 18 U.S.C. § 984.

## PRAYER FOR RELIEF

WHERFORE the United States of America prays for relief as follows:

A. That process duly issue to enforce the forfeiture of the BofA Funds.

B. That all interested parties be given due notice to appear and show cause why forfeiture should not be decreed.

C. That this Court order and decree that the Defendant BofA Funds be forfeited to the United States of America for disposition in accordance with law.

D. That the United States of America be awarded its costs and disbursements in this action.

1      E.    That the United States of America be awarded such other and further
2 relief as may be just and proper.

3

4 Dated: November 21, 2011

                                ANDRÉ BIROTTE JR.
                                United States Attorney
                                ROBERT E. DUGDALE
                                Assistant United States Attorney
                                Chief, Criminal Division
                                STEVEN R. WELK
                                Assistant United States Attorney
                                Chief, Asset Forfeiture Section

                          By *[signature]*
                                David A. Lombardero
                              Special Assistant United States Attorney
                                  Attorneys for Plaintiff,
                                  United States of America

Attachment A – Summary of Cash Deposits into the San Pedro Account

| Post Date | Deposit Cash Amount | Same-Day Total | Bank Branch |
|---|---|---|---|
| Thursday, July 01, 2010 | $9,500.00 | | 306 |
| Friday, July 02, 2010 | $9,000.00 | | 306 |
| Tuesday, July 06, 2010 | $9,000.00 | | 306 |
| Monday, July 12, 2010 | $9,350.00 | | 306 |
| Tuesday, July 13, 2010 | $9,000.00 | | 306 |
| Friday, July 16, 2010 | $9,000.00 | | 306 |
| Monday, July 19, 2010 | $9,500.00 | | 4580 |
| Tuesday, July 20, 2010 | $9,500.00 | | 306 |
| Wednesday, July 21, 2010 | $9,500.00 | | 306 |
| Friday, July 23, 2010 | $9,500.00 | | 306 |
| Monday, July 26, 2010 | $9,700.00 | | 306 |
| Monday, August 02, 2010 | $5,000.00 | | 306 |
| Monday, August 02, 2010 | $9,000.00 | $14,000.00 | 306 |
| Friday, August 06, 2010 | $9,000.00 | | 306 |
| Monday, August 16, 2010 | $9,000.00 | | 306 |
| Tuesday, August 17, 2010 | $9,000.00 | | 306 |
| Thursday, August 19, 2010 | $9,000.00 | | 306 |
| Monday, August 23, 2010 | $9,800.00 | | 306 |
| Tuesday, August 24, 2010 | $9,500.00 | | 306 |
| Wednesday, August 25, 2010 | $9,000.00 | | 306 |
| Monday, August 30, 2010 | $6,500.00 | | 306 |
| Tuesday, August 31, 2010 | $6,000.00 | | 306 |
| Wednesday, September 01, 2010 | $9,000.00 | | 306 |
| Thursday, September 02, 2010 | $5,000.00 | | 306 |
| Thursday, September 09, 2010 | $7,500.00 | | 306 |
| Friday, September 10, 2010 | $9,600.00 | | 306 |
| Monday, September 20, 2010 | $4,000.00 | | 306 |
| Tuesday, September 21, 2010 | $9,000.00 | | 306 |
| Wednesday, September 22, 2010 | $9,000.00 | | 306 |
| Thursday, September 23, 2010 | $8,000.00 | | 306 |
| Monday, September 27, 2010 | $9,500.00 | | 306 |
| Thursday, September 30, 2010 | $7,000.00 | | 306 |
| Friday, October 01, 2010 | $4,500.00 | | 306 |
| Tuesday, October 12, 2010 | $9,000.00 | | 306 |
| Wednesday, October 13, 2010 | $9,000.00 | | 306 |
| Monday, October 18, 2010 | $9,250.00 | | 306 |
| Tuesday, October 19, 2010 | $9,700.00 | | 306 |
| Thursday, October 21, 2010 | $9,000.00 | | 306 |
| Monday, October 25, 2010 | $9,700.00 | | 306 |

| Post Date | Deposit Cash Amount | Same-Day Total | Bank Branch |
|---|---|---|---|
| Tuesday, October 26, 2010 | $9,500.00 | | 306 |
| Wednesday, October 27, 2010 | $9,000.00 | | 306 |
| Monday, November 01, 2010 | $9,850.00 | | 306 |
| Tuesday, November 02, 2010 | $8,200.00 | | 306 |
| Monday, November 08, 2010 | $9,700.00 | | 306 |
| Tuesday, November 09, 2010 | $9,700.00 | | 306 |
| Friday, November 19, 2010 | $9,500.00 | | 306 |
| Monday, November 22, 2010 | $9,000.00 | | 306 |
| Tuesday, November 23, 2010 | $9,450.00 | | 306 |
| Wednesday, November 24, 2010 | $9,500.00 | | 306 |
| Monday, November 29, 2010 | $9,500.00 | | 306 |
| Thursday, December 09, 2010 | $9,500.00 | | 306 |
| Tuesday, December 14, 2010 | $9,500.00 | | 306 |
| Wednesday, December 22, 2010 | $9,500.00 | | 1553 |
| Monday, December 27, 2010 | $9,500.00 | | 306 |
| Thursday, December 30, 2010 | $9,500.00 | | 306 |
| Thursday, January 13, 2011 | $9,500.00 | | 306 |
| Tuesday, January 18, 2011 | $8,000.00 | | 306 |
| Tuesday, January 18, 2011 | $9,500.00 | $17,500.00 | 306 |
| Thursday, January 20, 2011 | $9,000.00 | | 306 |
| Tuesday, January 25, 2011 | $9,500.00 | | 306 |
| Wednesday, January 26, 2011 | $9,600.00 | | 306 |
| Monday, January 31, 2011 | $9,600.00 | | 306 |
| Wednesday, February 02, 2011 | $9,500.00 | | 306 |
| Thursday, February 03, 2011 | $9,600.00 | | 306 |
| Monday, February 07, 2011 | $9,500.00 | | 306 |
| Tuesday, February 08, 2011 | $9,800.00 | | 306 |
| Wednesday, February 09, 2011 | $9,750.00 | | 306 |
| Thursday, February 10, 2011 | $9,500.00 | | 306 |
| Friday, February 11, 2011 | $9,600.00 | | 306 |
| Monday, February 14, 2011 | $9,600.00 | | 306 |
| Tuesday, February 15, 2011 | $9,500.00 | | 306 |
| Wednesday, February 16, 2011 | $9,500.00 | | 306 |
| Thursday, February 17, 2011 | $9,500.00 | | 306 |
| Friday, February 18, 2011 | $9,300.00 | | 306 |
| Tuesday, February 22, 2011 | $9,500.00 | | 306 |
| Tuesday, February 22, 2011 | $8,900.00 | $18,400.00 | 306 |
| Monday, February 28, 2011 | $9,450.00 | | 306 |
| Tuesday, March 01, 2011 | $9,500.00 | | 306 |

| Post Date | Deposit Cash Amount | Same-Day Total | Bank Branch |
|---|---|---|---|
| Thursday, March 03, 2011 | $9,500.00 | | 306 |
| Friday, March 04, 2011 | $9,400.00 | | 306 |
| Monday, March 07, 2011 | $9,800.00 | | 306 |
| Tuesday, March 08, 2011 | $8,627.00 | | 306 |
| Friday, March 11, 2011 | $9,500.00 | | 306 |
| Monday, March 14, 2011 | $9,500.00 | | 306 |
| Tuesday, March 22, 2011 | $9,000.00 | | 306 |
| Monday, March 28, 2011 | $9,500.00 | | 306 |
| Monday, April 04, 2011 | $9,600.00 | | 306 |
| Tuesday, April 05, 2011 | $9,500.00 | | 306 |
| Monday, April 18, 2011 | $9,700.00 | | 428 |
| Thursday, April 21, 2011 | $9,700.00 | | 306 |
| Monday, April 25, 2011 | $9,600.00 | | 306 |
| Monday, May 02, 2011 | $9,700.00 | | 306 |
| Tuesday, May 03, 2011 | $5,000.00 | | 306 |
| Monday, May 16, 2011 | $9,700.00 | | 306 |
| Thursday, May 19, 2011 | $9,000.00 | | 306 |
| Friday, May 20, 2011 | $2,000.00 | | 306 |
| Tuesday, May 31, 2011 | $9,800.00 | | 306 |
| Wednesday, June 01, 2011 | $9,800.00 | | 306 |
| Monday, June 13, 2011 | $9,800.00 | | 306 |
| Wednesday, June 15, 2011 | $9,500.00 | | 306 |
| **Total** | **$895,427.00** | | |

## VERIFICATION

I, Albert Acosta, hereby declare that:

1.  I am a Detective with the Los Angeles Police Department, cross-sworn as a Task Force Officer – Criminal Investigator for the United States Department of the Treasury, Internal Revenue Service – Criminal Investigation (IRS-CI), and am the case agent for the above-entitled forfeiture case.

2.  I have read the above Verified Complaint for Forfeiture and know its contents. It is based upon my own personal knowledge and reports provided to me by other law enforcement agents.

3.  Everything contained in the Complaint is true and correct, to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct. Executed November 9, 2011 in Arcadia, California.

_____
Albert Acosta

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge S. James Otero and the assigned discovery Magistrate Judge is Victor B. Kenton.

The case number on all documents filed with the Court should read as follows:

## CV11- 9721 SJO (VBKx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

UNITED STATES OF AMERICA

**DEFENDANTS**

$603,573.94 IN U.S. CURRENCY seized from account *****6145 at Bank of America

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

ANDRE BIROTTE JR., U.S. Attorney, DAVID A. LOMBARDERO, AUSA
United States Attorney's Office, California Bar No. 71715
312 N. Spring St., 14th Floor, Los Angeles, CA 90012   (213) 894-7418

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No       ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
31 U.S.C. § 5317(c)(2) and 18 U.S.C. § 984

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | | ☒ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV11-09721

**FOR OFFICE USE ONLY:**   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)                                     CIVIL COVER SHEET                                     Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☒ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _David Lambertson_ Date _11/22/2011_

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |