JS-6

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
YASIN MOHAMMAD
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 242798
   1400 United States Courthouse
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-6968
   Facsimile: (213) 894-7177
   E-mail: Yasin.Mohammad@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED
CLERK, U.S. DISTRICT COURT
August 9, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>$603,573.94 IN BANK FUNDS SEIZED FROM ACCOUNT *****6145 AT BANK OF AMERICA,<br><br>      Defendant.<br>_____<br>CARLOS HERNANDEZ SOTO,<br><br>      Claimant.<br>_____ | No. CV 11-09721 SJO (VBKx)<br><br>**CONSENT JUDGMENT** |

1    Plaintiff United States of America ("the government") and
2 claimant Carlos Hernandez Soto ("Claimant") have entered into a
3 stipulated request for the entry of this consent judgment of
4 forfeiture, resolving all interests Claimant may have had in the
5 defendant $603,573.94, seized from account xxx-6145 at Bank of
6 America, and held in the name of San Pedro Auto Sales, Inc.
7 ("defendant funds").
8    The civil forfeiture action captioned above was commenced
9 on November 11, 2011.  Claimant filed a claim on January
10 12, 2012 (Dkt. No. 5) and January 18, 2012 (Dkt. No. 9), and an
11 answer on February 01, 2012 (Dkt. No. 12).  No other claims or
12 answers were filed and the time for filing claims and answers
13 have expired.
14    The Court has been duly advised of and has considered the
15 matter.  Based upon the mutual consent of the parties hereto and
16 good cause appearing therefor, the Court hereby **ORDERS, ADJUDGES**
17 **AND DECREES** that:
18    Plaintiff United States of America shall have judgment as
19 to $301,787.00 of the defendant funds, plus all interest earned
20 by the government on the full amount of the defendant funds
21 since seizure, and no other person or entity shall have any
22 right, title or interest therein.
23    Of the remaining balance of $301,786.94 in U.S. currency,
24 the sum of $15,057.00 shall be paid to the United States
25 Internal Revenue Service to be applied to tax liabilities owed
26 by claimant for the years 2010 and 2011, plus all interest and
27 penalties accrued up to and including the date of this Judgment.
28

1        The remaining portion of the defendant funds ($301,786.94
2   in U.S. currency minus the tax liabilities owed for the years
3   2010 and 2011 including interest and penalties as stated above),
4   without any interest, shall be returned to the Claimant.  The
5   funds are to be made payable via ACH deposit to the Claimant's
6   attorney, Roger S. Shafer, Esq., at Roger S. Shafer Law Offices,
7   2755 East Florence Avenue, Huntington Park, California 90255.
8   Roger S. Shafer shall provide the information necessary to
9   facilitate such payment according to law.
10       The Court finds that there was reasonable cause for the
11  seizure of the defendant funds and the institution of this
12  action.  This consent judgment shall be construed as a
13  certificate of reasonable cause pursuant to 28 U.S.C. § 2465.
14  Each of the parties shall bear its own fees and costs in
15  connection with the seizure, retention and return of the
16  defendant assets.

18  //

20  //

22  //

3

Within two months of the consent judgment issuing in this case, claimant shall seek the advice of counsel concerning the legalization of his immigration status.

DATED: August 9    , 2016

*S. James Otero*

HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

Presented by:

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


   /s/ *Yasin Mohammad*
YASIN MOHAMMAD
Assistant United States Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

4